

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ex parte Donnie Barnum,

\* From the 35th District Court
of Brown County,
Trial Court No. CR18107-A.

No. 11-22-00029-CR

\* October 26, 2023

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.